UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN W. MILLER,

                Plaintiff,                Case No. 2:25-cv-12594

v.                                    Honorable Susan K. DeClercq
                                        United States District Judge

ANDREA R. WOOD, et al.,

                Defendants.

_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION
(ECF No. 29)**

On May 4, 2026, this Court issued an order dismissing Plaintiff John W. Miller's case without prejudice pursuant to his March 10, 2026, notice of voluntary dismissal. ECF No. 24; *see also* ECF No. 9. Four days later, Miller filed a "motion for clarification and/or remand to Wayne County Circuit Court" seeking "clarification regarding the procedural posture of the above-captioned matter and, if appropriate, entry of an order remanding the matter to Wayne County Circuit Court." ECF No. 25 at PageID.134.

So on May 12, 2026, this Court issued an order "again clarify[ing] that Plaintiff John W. Miller's complaint against Defendants, *see* ECF No. 1 at PageID.4–12, was dismissed without prejudice according to his notice of voluntary dismissal, *see* ECF No. 9." ECF No. 28 at PageID.149. This Court further explained

that because Miller voluntarily dismissed his case, "the case is closed and there is no remaining open case for this Court to remand to the Wayne County Circuit Court." *Id.*

On July 8, 2026, Miller filed another motion for clarification, this time seeking "clarification of the Court's May 12, 2026 order regarding the proper forum to proceed." ECF No. 29 at PageID.150. Specifically, Miller asks this Court to "clarify the procedural effect of its" May 12, 2026 order by identifying what court has jurisdiction over Miller's claims and whether "some additional procedural step is required before proceedings may continue" in the case he voluntarily dismissed. *Id.* In this way, Miller's motion appears to request an improper "advisory opinion." *Golden v. Zwicker*, 394 U.S. 103, 108 (1969). Indeed, this "Court may not provide plaintiffs with legal advice." *Christenson v. City of Roseville*, No. 15-14441, 2017 WL 8792719, at *1 (E.D. Mich. Dec. 14, 2017) (citing *Smith v. Palmer*, No. 11-CV-12765, 2011 WL 2623301 at *1–2 (E.D. Mich. July 5, 2011)). So Miller's motion for clarification, ECF No. 29, will be denied.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Clarification, ECF No. 29, is **DENIED**.

**This is a final order and the above-captioned case remains closed.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 13, 2026

- 2 -